IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, LOCAL 649, OPERATING ENGINEERS APPRENTICESHIP TRUST FUND, OPERATING ENGINEERS LOCAL 649 ANNUITY TRUST, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS INDUSTRY ADVANCEMENT FUND, DOWNSTATE INFRASTRUCTURE AWARENESS AND ADVANCEMENT FUND, and UPGRADE FUND,<br><br>  Plaintiffs,<br><br>v.<br><br>TYRO CONSTRUCTION, INC.<br><br>  Defendant. | No.   24-cv-1309 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the following documents:

1. Plaintiffs' Request for Production of Documents;
2. Plaintiffs' Interrogatories;
3. Request for Admission of Facts, Interrogatories and Request to Produce Documents; and
4. Request for Genuineness of Documents, Interrogatories and Request to Produce Documents

were served upon the following addresses hereinafter set forth via certified mail, by enclosing the same in an envelope plainly addressed to each of said addressees, postage fully prepaid, and depositing the same with the United States Mail at Springfield, Illinois on the 2nd day of September, 2025:

Todd A. Miller
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517

Chicago, IL 60606

           Respectfully submitted:

By:      s/ John P. Leahy
      JOHN P. LEAHY
      CAVANAGH & O'HARA LLP
      Attorneys for Plaintiffs
      2319 W. Jefferson Street
      Springfield, IL 62701
      (217) 544-1771 – Telephone
      (217) 544-9894 – Facsimile
      johnleahy@cavanagh-ohara.com

1:24-cv-01309-JEH-RLH     # 13     Filed: 12/15/25     Page 2 of 2