AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

Mid Central Operating Engineers Health & Welfare Fund, Local 649, Operating Engineers Apprenticeship Training Fund, Opearting Engineers Local 649 Annuity Trust Fund, Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Associated Generatl Contractors of Illinois Industry Advancement Fund, Downstate Infrastructure Awareness and Advancement Fund and Upgrade Fund

*Plaintiffs*

v.

Tyro Construction Inc

*Defendant*

Civil Action No. 24-cv-1309

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☒ the plaintiffs defendant — Mid Central Operating Engineers Health & Welfare Fund, Local 649, Operating Engineers Apprenticeship Training Fund, Operating Engineers Local 649 Annuity Trust Fund, Central Pension Fund of the International Union of Operating Engineers and Participating Employers, Associated General Contractors of Illinois Industry Advancement Fund, Downstate Infrastructure Awareness and Advancement Fund and Upgrade Fund — recover from the Tyro Construction Inc the amount of thirty-one thousand two hundred twelve dollars and fifty-five cents ($ 31,212.55 ).

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other: _____.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Jonathan E. Hawley on a motion for summary judgment.

Date: 02/06/2026

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*