E-FILED
Wednesday, 03 June, 2026  01:08:48 PM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS PEORIA DIVISION

**Mid Central Operating Engineers Health and Welfare Fund, Local 649, Operating Engineers Apprenticeship Trust Fund, Annuity Trust, Central Pension Fund Operating Engineers Local 649 of the International Union of Operating Engineers and Participating Employers, Associated General Contractors of Illinois Industry Advancement Fund, Downstate Infrastructure Awareness and Advancement Fund, and Upgrade Fund**
            Plaintiff(s),

vs.

**Tyro Construction, Inc.**
            Defendant(s),
_____

Case No.: **1:24-cv-01309-JEH-RLH**

**AFFIDAVIT OF SERVICE**

I, **Matthew Bert**, declare and state as follows:

I am over the age of 18, not a party to this action, and an employee of Elite Process Serving and Investigations, Inc., a licensed private detective agency, license number 117-001199. The following are the results of my efforts to serve process in the above captioned case.

Type of Process: **Citation to Discover Assets**

Defendant to be served: **Tyro Construction, Inc. c/o Todd Miller**

Address where served: **Allocco, Miller & Cahill, P.C. 20 North Wacker Drive, Suite 3517, Chicago, IL 60606**

On **May 26, 2026** at **1:23 PM**, I served the within named defendant in the following manner:

**CORPORATE SERVICE:** By leaving a copy of this process with **Todd Miller**, (Title) **Authorized Agent**, a person authorized to accept service and informed the person of the contents thereof.

Description of person process was left with:

Sex: **Male** - Race: **White** - Hair: **Brown** - Approx. Age: **45** - Height: **5ft 10in** - Weight: **160**

Comments: Refused signature refused birthday

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

X_____
Matthew Bert

Date Signed: 06/02/2026

Job: 702452
File: