E-FILED
Thursday, 18 June, 2026  01:52:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, LOCAL 649, OPERATING ENGINEERS APPRENTICESHIP TRUST FUND, OPERATING ENGINEERS LOCAL 649 ANNUITY TRUST, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS INDUSTRY ADVANCEMENT FUND, DOWNSTATE INFRASTRUCTURE AWARENESS AND ADVANCEMENT FUND, and UPGRADE FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | No.    24-cv-1309 |
| TYRO CONSTRUCTION, INC. | ) ) ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE CITATION TO DISCOVER ASSETS PROCEEDING**

NOW COME Plaintiffs, MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND *et al*., by their attorneys, CAVANAGH & O'HARA LLP, and respectfully move the Court to continue generally the pending citation to discover assets proceeding, and in support thereof state as follows:

1.    A hearing on Plaintiffs' Citation to Discover Assets directed to the Defendant is presently scheduled for June 22, 2026 (d/e 17).

2.    On June 11, 2026, counsel for Plaintiffs received correspondence indicating that Defendant has retained separate counsel in connection with the preparation and anticipated filing

Page **1** of **3**

of a petition for relief under Chapter 11 of the United States Bankruptcy Code (a true and correct copy of the correspondence from Borcia Adams Law LLC is attached hereto as Exhibit "A").

3.      The correspondence indicates that Defendant is actively evaluating and preparing a Chapter 11 bankruptcy filing. In addition, the correspondence notes that Defendant's bankruptcy counsel is unavailable until June 23, 2026, one day after the presently scheduled Citation hearing.

4.      In light of the anticipated bankruptcy filing and the potential applicability of the automatic stay provisions of 11 U.S.C. § 362, Plaintiffs believe that a general continuance of the Citation proceedings is prudent and will promote judicial economy, conserve the resources of the parties, and permit Plaintiffs to evaluate the status of any bankruptcy filing and communicate with Defendant's bankruptcy counsel regarding the appropriate course of action.

WHEREFORE, the Plaintiffs respectfully request that the Court enter an order granting the following relief:

A.      Continuing generally the pending Citation to Discover Assets proceedings;

B.      Vacating the presently scheduled hearing on June 22, 2026, with leave to Plaintiffs to notice the matter for hearing at a later date, if appropriate; and;

C.      Granting such other and further relief as the Court deems just and proper.

MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND *et al.*, Plaintiffs,

By:   s/ John P. Leahy
        JOHN P. LEAHY
        CAVANAGH & O'HARA LLP
        Attorneys for Plaintiffs
        2319 West Jefferson Street
        Springfield, IL 62702
        (217) 544-1771 – Telephone
        (217) 544-9894 – Facsimile
        johnleahy@cavanagh-ohara.com

Page **2** of **3**

## CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2026, I electronically filed the forgoing with the Clerk of

the Court using the CM/ECF system which will send notification of such filing to the following:

Todd A. Miller
tam@alloccomiller.com

Kathleen Cahill
kmc@alloccomiller.com


I hereby further certify that on June 18, 2026, I mailed by United States Postal Service, the

forgoing to the following non-registered participants:

Christine Adams
Borcia Adams Law LLC
1117 S. Milwaukee Avenue, Suite A-3
Libertyville, Illinois 60048


Respectfully submitted:


By:    s/ John P. Leahy
          JOHN P. LEAHY
          CAVANAGH & O'HARA LLP
          Attorneys for Plaintiffs
          2319 W. Jefferson Street
          Springfield, IL 62701
          (217) 544-1771 – Telephone
          (217) 544-9894 – Facsimile
          johnleahy@cavanagh-ohara.com

# EXHIBIT "A"

**BORCIA ADAMS LAW LLC**
**1117 S. Milwaukee Avenue, Suite A-3**
**Libertyville, Illinois 60048**
**(847) 912-3657**
**Tina.Borcia@gmail.com**

June 9, 2026

Re: Tyro Construction Inc.

To Whom It May Concern:

Please be advised that Borcia Adams Law LLC has been retained to represent Tyro Construction Inc. in connection with the preparation and anticipated filing of a Chapter 11 bankruptcy proceeding under Subchapter V of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois.

Accordingly, we respectfully request that all future communications regarding collection efforts, payment demands, litigation, account status, settlement discussions, or related matters concerning Tyro Construction Inc. be directed to my office. Please direct all correspondence and inquiries to:

Christine Adams
Borcia Adams Law LLC
1117 S. Milwaukee Avenue, Suite A-3, Libertyville, Illinois 60048
Email: Tina.Borcia@gmail.com

The Company is currently working cooperatively with counsel and financial professionals to evaluate and organize its financial affairs and intends to address creditor claims through the Chapter 11 process.

Please also note that I will be on vacation beginning June 10, 2026, and returning June 23, 2026. During that time, I will have limited access to email, but I will respond to communications as soon as reasonably possible. We appreciate your professionalism and cooperation during this process.

Very truly yours, Christine Adams

Attorney at Law
Borcia Adams Law LLC