E-FILED
Thursday, 18 June, 2026  01:52:04 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, LOCAL 649, OPERATING ENGINEERS APPRENTICESHIP TRUST FUND, OPERATING ENGINEERS LOCAL 649 ANNUITY TRUST, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS INDUSTRY ADVANCEMENT FUND, DOWNSTATE INFRASTRUCTURE AWARENESS AND ADVANCEMENT FUND, and UPGRADE FUND, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | No.    24-cv-1309 |
| TYRO CONSTRUCTION, INC. | ) ) ) | |
| Defendant. | ) | |

**ORDER**

THIS MATTER comes before the Court on Plaintiffs' Motion to Continue Citation to Discover Assets Proceeding. The Court, having reviewed the Motion and being otherwise fully advised in the premises, hereby FINDS that the Motion is well taken and should be GRANTED.

IT IS THEREFORE ORDERED:

1.      The pending Citation to Discover Assets proceeding is continued generally.

2.      The hearing that is presently scheduled for June 22, 2026 is VACATED, with leave granted to Plaintiffs to re-notice the Citation to Discover Assets proceeding for hearing at a later date, if appropriate.

3.      All provisions of the Citation to Discover Assets, including any restraints on the

transfer, assignment, disposition, concealment, dissipation, or encumbrance of assets subject to the Citation, shall remain in full force and effect until further order of Court.

Entered this _____ day of _____, 2026.

By:     _____
United States District Judge