E-FILED
Monday, 09 November, 2026 12:00:17 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, LOCAL 649, OPERATING ENGINEERS APPRENTICESHIP TRUST FUND, OPERATING ENGINEERS LOCAL 649 ANNUITY TRUST, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS INDUSTRY ADVANCEMENT FUND, DOWNSTATE INFRASTRUCTURE AWARENESS AND ADVANCEMENT FUND, and UPGRADE FUND,

Plaintiffs,

v.

TYRO CONSTRUCTION, INC.

Defendant.

No. 24-cv-1309

**PLAINTIFFS' MOTION FOR ISSUANCE OF ALIAS CITATION TO DISCOVER ASSETS AND TO SET CITATION HEARING**

NOW COME the plaintiffs, MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND *et al*., by their attorneys, CAVANAGH & O'HARA LLP, and pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, 735 ILCS 5/2-1402, and Illinois Supreme Court Rule 277, respectfully move the Court for entry of an Order directing the Clerk to issue an Alias Citation to Discover Assets directed to the Defendant and establishing a hearing date thereon. In support of this Motion, Plaintiffs state as follows:

1. On February 6, 2026, the clerk entered judgment in favor of the plaintiffs and against the defendant in the amount of $31,212.55 (D/E 16).

2. On May 19, 2026, the Clerk issued a Citation to Discover Assets directed to the Defendant, and a Citation hearing was scheduled for June 22, 2026 (D/E 17).

3. On June 18, 2026, Plaintiffs filed a Motion to Continue Citation to Discover Assets Proceeding based upon Defendant's anticipated filing for relief under Chapter 11 of the United States Bankruptcy Code and the potential applicability of the automatic stay provisions of 11 U.S.C. § 362, requesting a continuance to permit Plaintiffs to evaluate the status and implications of any bankruptcy filing and determine the appropriate course of action concerning further post-judgment collection proceedings.

4. On June 18, 2026, the Court granted Plaintiffs' Motion, vacated the June 22, 2026 Citation hearing, and expressly provided that Plaintiffs could seek to reschedule the hearing at a later date upon proper motion (Text Order dated June 18, 2026).

5. Since that time, Plaintiffs have received no notice that Defendant has filed a petition for relief under the United States Bankruptcy Code. In addition, Plaintiffs have reviewed the United States Bankruptcy Court's docket and found no record of any bankruptcy proceeding commenced by Defendant. Accordingly, Plaintiffs are not aware of any bankruptcy proceeding that would presently prevent them from pursuing post-judgment collection remedies.

6. The Citation to Discover Assets previously issued by the Clerk was served upon Defendant's counsel. To ensure compliance with the applicable requirements governing service of citations to discover assets, Plaintiffs seek issuance of an Alias Citation to Discover Assets for service directly upon Defendant in accordance with applicable law.

7. Accordingly, Plaintiffs request that the Court direct the Clerk to issue an Alias Citation to Discover Assets directed to Defendant and establish a new hearing date, thereby permitting Plaintiffs to effectuate proper service and proceed with supplementary proceedings in

aid of enforcement of the outstanding Judgment. A proposed Alias Citation to Discover Assets is attached hereto as Exhibit A for the Court's consideration and issuance by the Clerk upon establishment of a new hearing date.

8. As of the filing of this Motion, the Judgment remains wholly unsatisfied, with the principal amount of $31,212.55 remaining due and owing, together with accrued post-judgment interest and any additional recoverable costs. The Judgment has not been released, vacated, or otherwise satisfied of record.

9. Pursuant to Rule 69(a) of the Federal Rules of Civil Procedure, proceedings supplementary to and in aid of execution of a judgment shall accord with the procedure of the state where the court is located. Accordingly, Illinois law governing such supplementary proceedings applies to enforcement of the Judgment entered in this matter.

10. Pursuant to 735 ILCS 5/2-1402, a judgment creditor is entitled to conduct supplementary proceedings to discover nonexempt assets or income of a judgment debtor and to compel the application of such assets toward satisfaction of the judgment.

11. Plaintiffs require supplementary proceedings in this matter to identify assets, property interests, accounts receivable, income streams, and other nonexempt assets available to satisfy the Judgment.

WHEREFORE, plaintiffs respectfully request that this Court enter an Order:

A. Directing the Clerk of Court to issue an Alias Citation to Discover Assets directed to Defendant, substantially in the form attached hereto as Exhibit A;

B. Establishing a date and time for a hearing on the Alias Citation to Discover Assets, at which time Defendant shall appear and respond following proper service of the Alias Citation; and

C. Granting such other and further relief as the Court deems just and appropriate.

MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND *et al*., Plaintiffs,

By: s/ John P. Leahy

JOHN P. LEAHY
CAVANAGH & O'HARA LLP
Attorneys for Plaintiffs
2319 West Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd A. Miller
tam@alloccomiller.com

Kathleen Cahill
kmc@alloccomiller.com

I hereby further certify that on November 9, 2026, I mailed by United States Postal Service, the foregoing to the following non-registered participants:

Christine Adams
Borcia Adams Law LLC
1117 S. Milwaukee Avenue, Suite A-3
Libertyville, Illinois 60048

Tyro Construction, Inc.
Attn. Tracy Perkins, President and Registered Agent
4226 South King Dr
Chicago, IL 60653

Respectfully submitted:

By: s/ John P. Leahy
JOHN P. LEAHY
CAVANAGH & O'HARA LLP
Attorneys for Plaintiffs
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com