E-FILED
Monday, 16 November, 2026 02:19:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, LOCAL 649, OPERATING ENGINEERS APPRENTICESHIP TRUST FUND, OPERATING ENGINEERS LOCAL 649 ANNUITY TRUST, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS INDUSTRY ADVANCEMENT FUND, DOWNSTATE INFRASTRUCTURE AWARENESS AND ADVANCEMENT FUND, and UPGRADE FUND, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 24-cv-1309 |
| TYRO CONSTRUCTION, INC. | ) | |
| Defendant. | ) | |

**MOTION TO CONTINUE CITATION TO DISCOVER ASSETS GENERALLY AND NOTICE OF BANKRUPTCY STAY OF PROCEEDINGS**

NOW COME the Plaintiffs, MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND *et al*., by their attorneys, CAVANAGH & O'HARA LLP, and HEREBY MOVE the Court to continue generally the pending citation to discover assets, vacate the presently scheduled citation hearing, and take notice of the automatic stay arising from Defendant's bankruptcy filing. In support thereof, Plaintiffs state as follows:

1. On November 10, 2026, the Clerk of this Court issued an Alias Citation to Discover Assets directed to Defendant (D/E 23).

2. A hearing on the Alias Citation to Discover Assets is presently scheduled for December 14, 2026 (D/E 23).

3. On November 11, 2026, Defendant filed a voluntary petition for relief under Chapter 11, Subchapter V, of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois, case no.: 26-18850. A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit A.

4. Pursuant to 11 U.S.C. § 362(a)(1) and (a)(2), the filing of Defendant's bankruptcy petition automatically stays the continuation of judicial proceedings against Defendant involving prepetition claims, as well as the enforcement of judgments obtained against Defendant before the commencement of the bankruptcy case.

5. Accordingly, the automatic stay prohibits Plaintiffs from proceeding with the pending citation to discover assets or otherwise continuing enforcement of their judgment against Defendant, absent relief from the automatic stay granted by the Bankruptcy Court or other termination of the stay in accordance with applicable law. See 11 U.S.C. § 362(c), (d).

6. In light of the automatic stay, Plaintiffs request that the Court continue the pending citation to discover assets generally, vacate the December 14, 2026 citation hearing, and stay further proceedings against Defendant pending termination of the automatic stay or further order of this Court consistent with applicable bankruptcy law.

WHEREFORE, Plaintiffs, MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND *et al.*, pray that the Court grant the following relief:

A. Continue generally the pending Alias Citation to Discover Assets directed against the Defendant (d/e 23);

B. Vacate the current hearing presently scheduled for December 14, 2026;

C. Take notice of the Defendant's bankruptcy filing and the resulting automatic stay

under 11 U.S.C. § 362, and stay further proceedings against Defendant until the automatic stay terminates or relief therefrom is granted; and

D. Grant Plaintiffs such other and further relief as the Court deems just and proper.

MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND *et al.*, Plaintiffs,

By: s/ John P. Leahy

JOHN P. LEAHY
CAVANAGH & O'HARA LLP
Attorneys for Plaintiffs
2319 West Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 16, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Todd A. Miller
tam@alloccomiller.com

Kathleen Cahill
kmc@alloccomiller.com

I hereby further certify that on November 16, 2026, I mailed by United States Postal Service, the foregoing to the following non-registered participants:

Tyro Construction, Inc.
Attn. Tracy Perkins, President and Registered Agent
4226 South King Dr
Chicago, IL 60653

Respectfully submitted:

By: s/ John P. Leahy

JOHN P. LEAHY
CAVANAGH & O'HARA LLP
Attorneys for Plaintiffs
2319 W. Jefferson Street
Springfield, IL 62702
(217) 544-1771 – Telephone
(217) 544-9894 – Facsimile
johnleahy@cavanagh-ohara.com