E-FILED
Monday, 16 November, 2026 02:19:44 PM
Clerk, U.S. District Court, ILCD

# EXHIBIT "A"

United States Bankruptcy Court
Northern District of Illinois

# Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 11/11/2026 at 1:46 PM and filed on 11/11/2026.

**Tyro Construction, Inc.**
318 W Adams Street
Suite 1817
Chicago, IL 60606
Tax ID / EIN: 81-2417241

The case was filed by the debtor's attorney:

**David P Leibowitz, ESQ**
Law Offices of David P Leibowiz LLC
3352 N. Sheffield Avenue
Chicago, IL 60657
312-662-5750

The bankruptcy trustee is:

**Janice H Seyedin**
Janice Seyedin & Associates
1866 Sheridan Rd
Ste 304
Highland Park, IL 60035
847-414-6430

The case was assigned case number 26-18850 to Judge Timothy A. Barnes.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page http://www.ilnb.uscourts.gov/ or at the Clerk's Office, Eastern Division, 219 S Dearborn, 7th Floor, Chicago, IL 60604.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Jeffrey P. Allsteadt**
**Clerk, U.S. Bankruptcy Court**

---

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 11/13/2026 14:56:53 | | | |
| **PACER Login:** | jpleahy2 | **Client Code:** | |
| **Description:** | Notice of Filing | **Search Criteria:** | 26-18850 |
| **Billable Pages:** | 1 | **Cost:** | 0.10 |