E-FILED
Monday, 16 November, 2026 02:19:44 PM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

MID CENTRAL OPERATING ENGINEERS HEALTH AND WELFARE FUND, LOCAL 649, OPERATING ENGINEERS APPRENTICESHIP TRUST FUND, OPERATING ENGINEERS LOCAL 649 ANNUITY TRUST, CENTRAL PENSION FUND OF THE INTERNATIONAL UNION OF OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS, ASSOCIATED GENERAL CONTRACTORS OF ILLINOIS INDUSTRY ADVANCEMENT FUND, DOWNSTATE INFRASTRUCTURE AWARENESS AND ADVANCEMENT FUND, and UPGRADE FUND,

Plaintiffs,

v. No. 24-cv-1309

TYRO CONSTRUCTION, INC.

Defendant.

**ORDER**

THIS MATTER comes before the Court on Plaintiffs' Motion to Continue Citation to Discover Assets Generally and Notice of Bankruptcy Stay of Proceedings, and the Court being duly advised in the premises;

IT IS HEREBY ORDERED:

1. Plaintiffs' Motion to Continue Citation to Discover Assets Generally and Notice of Bankruptcy Stay of Proceedings is GRANTED.

2. The pending Alias Citation to Discover Assets (D/E 23) is continued generally, and the citation hearing scheduled for December 14, 2026, is VACATED.

3. Further proceedings against Defendant are STAYED pursuant to 11 U.S.C. § 362, pending termination of the automatic stay or relief therefrom.

Entered this ____ day of ___________, 2026.

By: ______________________________
United States District Judge